## Fourth Department, November, 1933.

In the Matter of the Application of Bank of Richmondville and Others, as Executors, etc., of William E. Lewis, Deceased, for a Determination as to the Validity, etc., of the Last Will and Testament of William E. Lewis, Deceased.— Decree affirmed, with costs to the respondents payable out of the estate. All concur. [147 Misc. 857.]

August Vogt, Respondent, v. R. Ida Quinlan Porter and Others, Defendants, Impleaded with Robert H. Gittins, as Trustee, etc., Appellant.— Judgment reversed on the law and matter remitted to the Special Term for interested parties to proceed as they may be advised on the ground that the defendant R. Ida Quinlan Porter died before the making of the decision and the entry of judgment thereon, which decision and judgment were, therefore, void under section 478 of the Civil Practice Act. All concur.

Anna Marion Dickinson, Respondent, v. Village of Lancaster and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

William Francis Dickinson, Respondent, v. Village of Lancaster and Another, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $1,500, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur.

Bernice Marjorie Lang, Respondent, v. Village of Lancaster and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

Helmuth George Lang, Respondent, v. Village of Lancaster and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

Catherine Symonds, as Executrix, etc., of Ward Symonds, Deceased, Respondent, v. Buffalo, Rochester and Pittsburgh Railway Company, Appellant.*— Judgment affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal and for dismissal of the complaint upon the authority of Crough v. New York Central R. R. Co. (260 N. Y. 227).

Alexander H. Gillespie, Respondent, v. C. A. Durr Packing Co., Inc., Appellant.— Judgment affirmed, with costs. All concur.

Shelby Hallock, as Executrix, etc., of William N. Hallock, Deceased, Respondent, v. C. A. Durr Packing Co., Inc., Appellant.— Judgment affirmed, with costs. All concur, except Sears, P. J., who dissents and votes for reversal on the facts and for granting a new trial on the ground that the court's finding that the plaintiff had established freedom of his intestate from contributory negligence is against the weight of the evidence.

William D. Jeffords, Appellant, v. County of Cattaraugus and Others, Respondents.— Judgments and order affirmed, with costs. All concur.

Howard De Witt, Appellant, v. Soren Jacobsen, Respondent.— Judgment affirmed, with costs. All concur.

Abraham De Witt, Appellant, v. Soren Jacobsen, Respondent.— Judgment affirmed, with costs. All concur.

*Affd., 264 N. Y. 436.